THE PEOPLE OF THE STATE OF NEW YORK ex rel. G. ALBERT THOMPSON, Appellant, *v.* CHAUNCEY T. SECOR et al., Constituting the Board of Supervisors of Westchester County, Respondents.

(Submitted September 30, 1907; decided October 8, 1907.)

Motion for re-argument denied, with ten dollars costs. (See 189 N. Y. 508.)

---

LOUIS BERNSTEIN, Respondent, *v.* CHAPIN S. FLEET, Appellant.

Reported below, 118 App. Div. 910.
(Submitted September 30, 1907; decided October 8, 1907.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 22, 1907, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

The motion was made upon the grounds that the appeal was not taken in good faith, the exceptions being frivolous and no question of law being raised which required a determination by the Court of Appeals.

*A. S. Gilbert* for motion.

*James C. Lenney* opposed.

Motion denied, with ten dollars costs.